UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| ASHLEY HINTON; and ASHLEY J. HINTON, on behalf of M.U.H., a minor child, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| LENOIR COUNTY PUBLIC SCHOOL BOARD; L. STEPHEN MAZINGO, ODIE LEAVEN; and KELLY JARMAN, | ) ) ) ) | No. 4:14-CV-195-FL |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on August 31, 2015 that the court adopts in part the findings and recommendations of the United States Magistrate Judge and for reasons stated more specifically therein, this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2). The Plaintiffs shall have and recover nothing from this action.

**This Judgment Filed and Entered on August 31, 2015, and Copies To:**

Ashley J. Hinton (via U.S. Mail) 211 Blue Ridge Drive, Dudley, NC 28333

August 31, 2015          JULIE RICHARDS JOHNSTON, CLERK
                          /s/ Christa N. Baker
                         (By) Christa N. Baker, Deputy Clerk